# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CORNELIUS WILSON

CIVIL ACTION

VERSUS

18-698-SDD-RLB

TIMOTHY HOOPER, ET AL.

## RULING

The Court has carefully considered the *Motion*[1] filed by Defendants, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 22, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims against Defendants Unknown Boies, Sgt. Washington, EHCC's Medical Department and its Contractors/Contractees, Skilled Nursing Unit, and Director Salina are hereby dismissed, without prejudice, for failure to timely effect service upon them.

**IT IS FURTHER ORDERED** that the *Motion to Dismiss*[4] filed on behalf of all other Defendants is hereby GRANTED, and Plaintiff's claims against Defendants Hooper,

---

[1] Rec. Doc. 18.
[2] Rec. Doc. 37.
[3] Rec. Doc. 39.
[4] Rec. Doc. 18.

LeBlanc, Michele, Drs. Roundtree, Singh, and Fleming, and Thompson are hereby dismissed with prejudice and this action is hereby dismissed in its entirety.

Signed in Baton Rouge, Louisiana on November 13, 2019.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**